IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |  |
|---|---|---|
| ANDREW JACKSON SMITH, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 12-0621-CG-M |
| | ) | |
| LEEPOSEY DANIELS, | ) | |
| | ) | |
| Defendant. | ) | |

**JUDGMENT**

It is **ORDERED, ADJUDGED**, and **DECREED** that **JUDGMENT** is entered in favor of Leeposey Daniels and against Petitioner Andrew Jackson Smith

**DONE and ORDERED** this 4th day of March, 2013.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE